Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

David James Flowers appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. *See Flowers v. South Carolina Dep't of Corr.*, No. CA–00–420–20BD (D.S.C. Mar. 26, 2001). Flowers' motion for a certificate of probable cause is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Kermit C. Brown, pro se. Fernando Groene, Office of the United States Attorney, Norfolk, VA, for appellee.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Kermit C. Brown appeals from the district court's orders denying Brown's motion for transcripts and other documents from his criminal trial and declining to reconsider that order. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Brown*, No. CR–98–47 (E.D.Va. Mar. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kermit C. BROWN, Defendant–Appellant.**

**No. 01–6688.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 15, 2001.

**Brenda K. GARLINGER; Johnny A. Garlinger, Plaintiffs–Appellants,**

v.

**HARDEE'S FOODSYSTEMS, INC.; Fast Food Management, Inc., Defendants–Appellees.**

**No. 98–2044.**

United States Court of Appeals, Fourth Circuit.

Argued May 7, 1999.

Decided Aug. 16, 2001.